# In the United States Court of Federal Claims

No. 17-934C
(Filed June 28, 2018)

```
* * * * * * * * * * * * * * * * *  *
                                    *
                                    *
                                    *
MAIL TRANSPORTATION, INC.,          *
et al.,                             *
                                    *
              Plaintiffs,           *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant,            *
                                    *
      and                           *
                                    *
AMERICAN POSTAL WORKERS             *
UNION, AFL-CIO,                     *
                                    *
              Defendant-Intervenor. *
                                    *
* * * * * * * * * * * * * * * * *  *
```

## SCHEDULING ORDER

Plaintiffs shall file a status report on or by **Friday, June 29, 2018**, informing the Court of the current status of the routes at issue. **On or by Friday, July 6, 2018**, defendant shall file a supplemental brief regarding whether this protest would be impacted by the expiration of any of the plaintiffs' routes. **On or by Wednesday, July 11, 2018**, plaintiffs shall file a response to that supplemental brief.

**IT IS SO ORDERED.**

                                             s/ Victor J. Wolski
                                             **VICTOR J. WOLSKI**
                                             Judge

- 2 -